UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

      *Plaintiff*,

    *v.*                                      Case No. 22-CR-146

GLENN E. CONROY, JR.

      *Defendant.*
_____

## ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATORNEY GENERAL FOR AN EXAMINATION PURSUANT TO 18 U.S.C. § 4247(b)

Based on the defendant's unopposed motion for an examination to determine competency, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 4241, 4247(b) and 4247(c), that:

1. A hearing will be held to determine the defendant's competency.

2. In anticipation of the hearing, a licensed or certified psychologist or psychiatrist will undertake an examination to determine whether Conroy is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings and to assist properly in his defense.

3. To facilitate the examination, Conroy is hereby committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period not to exceed 30 days.

4. Unless impracticable, the examination shall be conducted at the suitable facility closest to the Eastern District of Wisconsin.

5. The director of the facility at which the Attorney General places Conroy may apply for a reasonable extension of up to 15 days in which to complete the examination, upon a showing of good cause that additional time is necessary to observe and evaluate the defendant.

6. Counsel for the government is to promptly furnish the director of the facility with copies of the indictment and any other filings, reports, or other materials information that would help explain the nature of the charges against Conroy and/or his ability to understand the ongoing legal proceedings.

7. Counsel for Conroy is to promptly furnish the director of the facility with copies of all mental health records concerning the diagnosis or treatment of Conroy for any mental illness, mental disorder, or neurological condition

8. Upon completion of the examination and evaluation, a report is to be filed and distributed to counsel for Conroy and the government. The examiner's report shall include:

(a) Conroy's history and present symptoms;

(b) Any tests that were employed and their results;

(c) The examiner's findings; and

(d) The examiner's opinions as to diagnosis, prognosis, and whether Conroy is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings and to assist properly in his defense

Dated at Milwaukee, Wisconsin, this 4th day of August, 2022

_____
HON. NANCY JOSEPH
United States Magistrate Judge