

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

October 20, 2022

The Honorable Nancy Joseph
United States Magistrate Judge
517 East Wisconsin Ave., Room 249
Milwaukee, WI 53202

RE: CONROY, Jr, Glenn E.
REGISTER NUMBER: 12329-510
DOCKET NUMBER: 22-CR-146

Dear Judge Joseph:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on October 13, 2022, pursuant to the provisions of Title 18, United States Code, Sections 4241, and 4247.

Currently, the evaluator is conducting interviews and psychological testing with Mr. Conroy which are necessary to complete his evaluation. In order to complete extensive psychological testing, including the ordered neuropsychological testing, as well as to receive and review relevant collateral records, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for 15 days. If this request is granted, the evaluation period will end on November 26, 2022. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to J. McPhatter, Psychology Technician (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

J. Linn
Acting Warden

[X] The above requested extension of time is hereby granted

[ ] The above requested extension of time is not hereby granted

Signature: _Nancy Joseph_     DATE: 10/21/2022
United States Magistrate Judge Nancy Joseph